ELIZABETH M. HOUSE, plaintiff in error, vs. JESSE HOUSE, defendant in error.

A Court has no jurisdiction over a case in which, neither of the parties is, or has ever been, in the State, or is a citizen, or a resident of the State, or the owner of property in the State.

Divorce, from Richmond county.   Decided by Judge HOLT, October Term, 1857,

This case was a libel for divorce.   The Sheriff having returned that the defendant could not be found in his bailwick and it appearing to the Court that neither of the parties were residents of the State of Georgia, a motion was made on the part of the libellant that the Court would allow service to be perfected by publication.

The Court below refused the motion, and counsel for libellant excepted.

WALKER & ROGERS, for plaintiff in error.

—————, contra.

By the Court.—BENNING. J. delivering the opinion.

In this case, neither party was in the State, or was a citizen in, or a resident of the State, or, as far as appears, had property in the State.

It was, therefore, a case over which no Court of the State, had, or could have, any jurisdiction—a case to which no law of the State could possibly extend.

We think, therefore, that the Court was right, in refusing to " allow service to be perfected by publication."

Judgment affirmed.